IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PARSONS & WHITTEMORE ENTERPRISES CORPORATION,** )  )  ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO: 09-0631-CG-B |
| **CELLO ENERGY, LLC, et al.,** ) ) | |
| Defendants. ) | |

## ORDER

This matter is before the court on the answers filed by Jack W. Boykin on behalf of Cello Energy, LLC (Doc. 5), by Jack W. Boykin and Allen W. Boykin on behalf of Boykin Trust, LLC (Doc. 6), and by Allen W. Boykin on behalf of Forest Technologies, LLC (Doc. 7).

Because corporations are prohibited from appearing in federal court without counsel, See e.g., Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985); National Independent Theatre Exhibitors, Inc. v. Buena Vista Distribution Co., 748 F. 2d 602, 604 (11th Cir. 1984), Cello Energy, LLC, Boykin Trust, LLC, and Forest Technologies, LLC are **GRANTED** leave until **November 16, 2009** to retain counsel. If counsel does not appear on behalf of these defendants, default will be entered against those defendants for failure to defend.

**DONE and ORDERED** this 16th day of October, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE