**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **PARSONS & WHITTEMORE** | ) | |
| **ENTERPRISES  CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 09-0631-CG-B** |
| | ) | |
| **CELLO ENERGY, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This matter is before the court on the plaintiff's appeal (Doc. 63) from those portions of the magistrate judge's order (Doc. 61) denying plaintiff's motion to compel discovery (Doc. 46). The court has reviewed, de novo, those portions of the order to which the objections pertain, has reviewed the memoranda and briefs submitted by P&W and Biofuels, and has reviewed the documents submitted to the Magistrate Judge, in camera, for review.

Upon consideration of the matters presented, the court cannot say that the pertinent portions of the Magistrate Judge's order are clearly erroneous or contrary to law.  Accordingly, the Magistrate Judge's Order (Doc. 61) is **AFFIRMED.**

**DONE** and **ORDERED** this 14th day of May, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

1