# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **PARSONS & WHITTEMORE ENTERPRISES CORPORATION,** | ) ) ) |
| Plaintiff, | ) ) |
| vs. | )  CIVIL ACTION NO. 09-0631-CG-B ) |
| **CELLO ENERGY, LLC, et al.,** | ) ) ) |
| Defendants. | ) |

## FINAL JUDGMENT

In accordance with the court's findings entered on August 24, 2010 (Doc. 156) it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of defendant, Forest Technologies, and against plaintiff, Parsons & Whittemore Enterprises Corporation. Forest Technologies' costs are to be taxed against the plaintiff.

In accordance with the court's order entered on September 27, 2010 (Doc. 164), granting the motion to dismiss plaintiff's claims against Vesta Venture, LLC and Elisa Boykin, it is **ORDERED, ADJUDGED** and **DECREED** that plaintiff's claims against defendants Vesta Venture, LLC and Elisa Rambo are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear her, or its owns costs.

In accordance with the court's findings entered on February 3, 2011 it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of plaintiff, Parsons & Whittemore Enterprises Corporation, and against defendants, Cello Energy, LLC, Boykin Trust, Allen Boykin, Jack Boykin and Lois Boykin, jointly and severally. Parsons & Whittemore Enterprises Corporation is hereby awarded a net total amount of

$10,431,560.50.  Costs are to be taxed against the defendants.

**DONE and ORDERED** this 3rd day of February, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE